# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RUTH QUIMBY,

    Plaintiff(s),

v.

PINNACLE HEAVY HAUL, INC.,

    Defendant(s).

Case No.: 2:19-cv-02181-JCM-NJK

**ORDER**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than April 17, 2020.

    IT IS SO ORDERED.

    Dated: April 10, 2020

                                  Nancy J. Koppe
                                  United States Magistrate Judge