# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RUTH QUIMBY,

    Plaintiff(s),

v.

PINNACLE HEAVY HAUL, INC.,

    Defendant(s).

Case No.: 2:19-cv-02181-JCM-NJK

**ORDER**

(Docket No. 13)

    Pending before the Court is the parties' proposed discovery plan. Docket No. 13. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). The parties seek a discovery period of 359 days. *See* Docket No. 13 at 3.[1]

    The Court is sympathetic to the challenges of practicing law in the current environment. When a <u>specific</u> showing has been made that established deadlines cannot be met in a particular case (e.g., because out-of-state depositions cannot move forward with travel or other restrictions), the Court has found good cause for extension. The instant request, however, merely states that the parties seek special scheduling because of the facts of the case and "[d]ue to the current COVID-19 crisis and [] the limited ability to take depositions and obtain discovery." *Id.* at 2–3, 5. The Court finds that the facts of the case do not constitute a need for special scheduling. While the current pandemic certainly may constitute such need, the parties must make a specific statement.

    Accordingly, the proposed discovery plan is **DENIED** without prejudice. Docket No. 13. An amended discovery plan must be filed by April 22, 2020. The parties must use the correct date

---

[1] The discovery period is measured from the date of the first answer or other appearance by a defendant. Local Rule 26-1(b)(1). Defendants filed their answer in the state case before it was removed to federal court. *See* Docket No. 6-1. Thus, the discovery cut-off is measured from the date of removal.

from which to measure discovery deadlines.  To the extent special scheduling review is sought therein, a specific showing must be made as to why the presumptively reasonable deadlines should not apply based on the particular circumstances of this case.  Otherwise, the parties must include the default deadlines, properly calculated from the date of the first answer or appearance by a Defendant.

IT IS SO ORDERED.

Dated: April 20, 2020

_____
Nancy J. Koppe
United States Magistrate Judge