# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RUTH QUIMBY,

  Plaintiff(s),

v.

PINNACLE HEAVY HAUL, INC.,

  Defendant(s).

Case No.: 2:19-cv-02181-JCM-NJK

**ORDER**

(Docket Nos. 20, 21)

  Pending before the Court are Plaintiff's motions to enlarge time for service for Defendant Michael Stevens. Docket Nos. 20, 21. Plaintiff requests an additional 60 days to complete service on Defendant. Docket No. 21 at 1, 9.

  For good cause shown, the Court **GRANTS** in part Plaintiff's motion. Docket No. 21. Plaintiff must perfect service on Defendant Michael Stevens no later than July 29, 2020. Further, the Court **DENIES** the motion at Docket No. 20 as moot.

  IT IS SO ORDERED.

  Dated: June 29, 2020

                  _____
                  Nancy J. Koppe
                  United States Magistrate Judge