UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RUTH QUIMBY,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>MICHAEL STEVENS, et al.,<br><br>                    Defendant(s). | Case No. 2:19-CV-2181 JCM (NJK)<br><br>ORDER |

Presently before the court is defendants Pinnacle Heavy Haul Inc., erroneously named as Pinnacle Heavy Haul, Inc. DBA Pinnacle Transport Group and Pinnacle Transportation Systems, Inc., and Michael Stevens' motion for leave to file an amended answer. (ECF No. 28).

Federal Rule of Civil Procedure 15(a) provides that "[t]he court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). The United States Supreme Court has interpreted Rule 15(a) and confirmed the liberal standard that district courts must apply when granting such leave. In *Foman v. Davis*, the Supreme Court explained:

> In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc.—the leave sought should, as the rules require, be "freely given."

371 U.S. 178, 182 (1962); *see also Jackson v. Bank of Hawaii*, 902 F.2d 1385, 1387 (9th Cir. 1990). Rule 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Local Rule 15-1(a) states that "the moving party shall attach the proposed amended pleading to any motion seeking leave of the court to file an amended pleading." LR 15-1(a).

Defendants seek to amend their answer to include defendant Stevens' answer to the complaint. (ECF No. 28). Defendants have corresponded with plaintiff's counsel. (*Id.*). Per the liberal standards of Rule 15, this court finds that leave is appropriate.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendants' motion for leave to file an amended complaint, (ECF No. 28), be, and hereby is, GRANTED.

DATED September 4, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -