STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 011473
dtetreault@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendants Pinnacle Heavy Haul, Inc. dba Pinnacle Transport Group, Pinnacle Transportation Systems*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUTH QUIMBY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL STEVENS, individually; PINNACLE HEAVY HAUL INC., dba PINNACLE TRANSPORT GROUP, an Indiana Corporation; PINNACLE TRANSPORTATION SYSTEMS, INC., a Nevada Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO.  2:19-cv-02181-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT PINNACLE TRANSPORTATION SYSTEMS, INC. AND TO AMEND CAPTION** |

  It is hereby stipulated by Plaintiff RUTH QUIMBY (hereinafter "Plaintiff"), by and through her Counsel of Record, MICHAEL C. KANE, ESQ., BRADLEY J. MEYERS, ESQ., and RICHARD A. ENGLEMANN, ESQ., of the THE702FIRM and Defendants PINNACLE HEAVY HAUL, INC., erroneously named as PINNACLE HEAVY HAUL INC., dba PINNACLE TRANSPORT GROUP, PINNACLE TRANSPORTATION SYSTEMS, INC., and MICHAEL STEVENS (collectively "Defendants"), by and through their attorneys of record, STEVEN T. JAFFE, ESQ., and DANIEL C. TETREAULT, ESQ., of the Law Firm of HALL JAFFE & CLAYTON, LLP that the Complaint brought by Plaintiff *as against Defendant PINNACLE*

1

1  *TRANSPORTATION SYSTEMS, INC. only* be dismissed with prejudice pursuant to FRCP
2  41(a)(1)(A)(ii). The parties further stipulate that each party to this Stipulation of dismissal bear
3  their own attorney's fees, expenses and costs relating to the prosecution and defense of this
4  case *relating to Defendant PINNACLE TRANSPORTATION SYSTEMS, INC., only.*

5  It is further stipulated that pursuant to FRCP 10, which in pertinent part, "[e]very pleading must have a caption with the court's name, a title, a file number, and a Rule 7(a) designation. The title of the complaint must name all the parties." In the case at bar, Defendant PINNACLE HEAVY HAUL INC., was erroneously named as PINNACLE HEAVY HAUL INC., dba PINNACLE TRANSPORT GROUP. The parties therefore stipulate and request the Court allow amend of the caption to read as follows: RUTH QUIMBY, Plaintiff v. MICHAEL STEVENS, individually; PINNACLE HEAVY HAUL INC., an Indiana Corporation, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive.

IT IS SO STIPULATED.

Dated this 30th day of September 2020.         DATED 10th day of September 2020.

**THE702FIRM**                                 **HALL JAFFE & CLAYTON, LLP**

*/s/ Richard Englemann*                        */s/ Steven T. Jaffe*
_____                _____
MICHAEL C. KANE, ESQ.                          STEVEN T. JAFFE, ESQ.
Nevada Bar No. 10096                           Nevada Bar No. 7035
BRADLEY J. MYERS, ESQ.                         DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 8857                            Nevada Bar No. 11473
RICHARD A. ENGLEMANN, ESQ.                     7425 Peak Drive
Nevada Bar No. 6965                            Las Vegas, Nevada 89128
*Attorneys for Plaintiff*                      *Attorneys for Defendants*

**ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing, the Complaint brought by Plaintiff only as against PINNACLE TRANSPORTATION SYSTEMS, INC., should be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).  The parties shall bear their own attorneys' fees, expenses and costs relating to the prosecution and defense of this case relating to defendant PINNACLE TRANSPORTATION SYSTEMS, INC., only.

Pursuant to the Stipulation of the Parties, and good cause appearing, the it is further ordered that pursuant to FRCP 10, the case caption shall be amended to read as follows:

RUTH QUIMBY, Plaintiff v. MICHAEL STEVENS, individually; PINNACLE HEAVY HAUL INC., an Indiana Corporation, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive.

**IT IS SO ORDERED.**

Dated: October 2, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE