# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RUTH QUIMBY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL STEVENS, et al.,<br><br>    Defendants. | Case No. 2:19-cv-02181-JCM-NJK<br><br>**Order**<br><br>[Docket Nos. 44, 45] |

    Pending before the Court are Defendants' motions to set witness fees for the depositions of Dr. Thomas Vater and Dr. Firooz Mashhood. Docket Nos. 44, 45. No response was filed. *See* Docket. Accordingly, the motions are properly granted as unopposed. *See* Local Rule 7-2(d).

    Although Defendants submit that the hourly rates of the witnesses are unreasonable, they fail to submit points and authorities to support their request for reasonable rates. *See* Docket Nos. 44, 45. The Court declines to determine specific rates without such information. *See Kor Media Group, LLC v. Green*, 297 F.R.D. 579, 582 n.3 (Courts only consider well developed arguments).

    Accordingly, the Court **GRANTS** Defendants' motions. Docket Nos. 44, 45. Defendants must file a motion for the Court to calculate reasonable expert witness fees, addressing the appropriate factors and case law, no later than November 16, 2021. Plaintiff's response and any reply will be briefed according to the Court's default briefing schedule.

    IT IS SO ORDERED.

    Dated: November 2, 2021

                                                Nancy J. Koppe<br>
                                                United States Magistrate Judge