# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RUTH QUIMBY,

    Plaintiff,

v.

MICHAEL STEVENS, et al.,

    Defendants.

Case No.: 2:19-cv-02181-JCM-NJK

**Order**

Before the Court is a joint status report filed by the parties. Docket No. 50. In the report, the parties request an extension of the joint proposed pretrial order. *Id.* Requests for extensions of discovery related deadlines must be made pursuant to the requirements set forth in Local Rule IA 6-1 and Local Rule 26-3. Should the parties need an extension, they must file a request before the Court including the relevant standards and showings required by the Local Rules.

IT IS SO ORDERED.

Dated: December 2, 2021

_____
Nancy J. Koppe
United States Magistrate Judge