# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RUTH QUIMBY,

    Plaintiff,

v.

MICHAEL STEVENS, et al.,

    Defendants.

Case No.: 2:19-cv-02181-JCM-NJK

**Order**

[Docket No. 48]

Pending before the Court is Defendants' motion for the Court to set reasonable deposition fees for the deposition of Dr. Firooz Mashhood. Docket No. 48. The Court previously granted Defendants' motions on this same matter and required Defendants to file a motion for each deposition "to calculate reasonable expert witness fees, addressing the appropriate factors and case law, no later than November 16, 2021." Docket No. 47. In the instant motion, Defendants ask the Court to set a fee of $1,000 per hour with no minimum hourly requirement for the deposition of Dr. Mashhood. Docket No. 48. Defendants submit this rate is comparable to standard rates for similar experts in the Las Vegas area. Docket No. 48-1 at 3. Plaintiff filed no response to this request. *See* Docket. Accordingly, Defendants' motion is properly granted as unopposed. *See* Local Rule 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion.").

Accordingly, the Court **GRANTS** Defendants' motion. Docket No. 48. The deposition of Dr. Mashhood will proceed with an hourly rate of $1,000 and no minimum hourly requirement.

IT IS SO ORDERED.

Dated: December 2, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1