UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUTH QUIMBY,<br>　　Plaintiff,<br>v.<br>MICHAEL STEVENS, et al.,<br>　　Defendants. | Case No.: 2:19-cv-02181-JCM-NJK<br><br>**Order** |

The parties were ordered to file a joint proposed pretrial order by December 1, 2021. Docket Nos. 41 at 3; 43 at 3. On December 1, 2021, the parties filed a joint status report indicating that they needed an extension of the joint proposed pretrial order deadline. Docket No. 50. On December 2, 2021, the Court issued an order denying that request as the request was not made pursuant to the Court's Local Rules. Docket No. 51. The Court cautioned that "[s]hould the parties need an extension, they must file a request before the Court including the relevant standards and showings required by the Local Rules." *Id.* To date, no joint proposed pretrial order has been filed and the parties have not filed any renewed request to extend the joint pretrial order deadline. *See* Docket. The Court **ORDERS** the parties to file a joint proposed pretrial order by May 17, 2022. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

　　IT IS SO ORDERED.

　　Dated: May 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1