STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 011473
dtetreault@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendants Michael Stevens & Pinnacle Heavy Haul, Inc.*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| RUTH QUIMBY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL STEVENS, individually; PINNACLE HEAVY HAUL INC., an Indiana Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-02181-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Whereas the parties have settled to their satisfaction,

IT IS HEREBY STIPULATED by and between the Plaintiff, RUTH QUIMBY, and Defendants, MICHAEL STEVENS and PINNACLE HEAVY HAUL INC., parties hereto, by and through their respective counsel, THE 702 FIRM and ADAM S. KUTNER & ASSOCIATES, and HALL JAFFE & CLAYTON, LLP, for Defendants, that this matter be dismissed with prejudice, each side to bear their own costs and attorney’s fees.

///

///

IT IS FURTHER STIPULATED the May 8, 2023 trial and all related pretrial deadlines be vacated.

Dated this 24th day of January, 2023.

**THE702FIRM**

*/s/ Zach Livingston*

MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
ZACHARY W. LIVINGSTON, ESQ.
Nevada Bar No.: 15954
400 So. Seventh Street, 4th Floor
Las Vegas, NV 89101
*Attorneys for Plaintiff*

DATED this 24th day of January, 2023.

**HALL JAFFE & CLAYTON, LLP**

*/s/ Steven T. Jaffe*

STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 11473
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants*

Dated this 24th day of January, 2023.

**ADAM S. KUTNER & ASSOCIATES**

*/s/ Lisa Marie Woodson*

ADAM S. KUTNER, ESQ.
Nevada Bar No. 4310
LISA MARIE WOODSON, ESQ.
Nevada Bar No. 12527
1137 S. Rancho Drive, Ste. 150A
Las Vegas, NV 89102
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED** January 25, 2023.

Xenus C. Mahan

UNITED STATES DISTRICT JUDGE